**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON MARTIN, | No. CV 09-2359-TJH(CW) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| OFFICER PAREDES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation as to which objection has been made.

**IT IS ORDERED** that: (1) the Report and Recommendation of the United States Magistrate Judge be accepted and (2) judgment be entered dismissing this action, without prejudice, for failure to comply with the court's orders regarding amendment, and for the reasons discussed in the Memorandum and Order filed August 7, 2009 (docket no. 7).

1 **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.

4 DATED: February 28, 2011

*/s/ Terry J. Hatter, Jr.*
TERRY J. HATTER, JR.
United States District Judge